IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS PEREZ PEREZ, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>CHAROEN, INC., et al.<br><br>    Defendants. | Case No. 1:16-cv-00889-JDB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the parties hereby stipulate to the dismissal of this action *against all Defendants with prejudice*, each party to bear its own costs.

Date: August 1, 2016

Respectfully submitted,

/s/ Justin Zelikovitz, Esq.
Justin Zelikovitz, #986001
LAW OFFICE OF JUSTIN ZELIKOVITZ, PLLC
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiff*

/s/ David Jonathan Taylor, Esq.
David Jonathan Taylor, #483431
RIGHT SIZE LAW PLLC
621 G Street SE
Washington, DC 20003
Phone: (202) 546-1536
david.taylor@rightsizelaw.com

*Counsel for Defendants*